**Entered on Docket**
**October 03, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed September 30, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Hurtis Hadley,

         Debtor.

No. 16-42677

Chapter 7

**MEMORANDUM RE MOTION TO EXTEND TIME**

On September 26, 2016, Debtor filed a voluntary Chapter 7 petition with the Court. On the same day, Debtor filed the *Motion to Extend Time to File Credit Counseling Certificate* (doc. 2) ("the Motion"). If the Trustee has an objection to the Motion, the Court requests notice of that objection by the end of the day on **Monday, October 3, 2016.**

***END OF MEMORANDUM***

1

**COURT SERVICE LIST**